IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 1:19-cv-928 |
| | ) | |
| vs. | ) | |
| | ) | |
| PERRY TOWNSHIP SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, John Bryant, by counsel, and as his Complaint for Damages against Defendant, states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff John Bryant (hereinafter referred to as "Bryant" or "Plaintiff") is a resident of Marion County and former employee of the Defendant.

2. Defendant, Perry Township Schools (hereinafter referred to as "Perry Township" or "Defendant"), is an employer as defined by 29 U.S.C. § 621, *et. seq.* and 42 U.S.C. §12101, *et. sec.* that conducts business in the State of Indiana.

3. Mr. Bryant invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1334.

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

GENERAL FACTS & SPECIFIC ALLEGATIONS

5.  Mr. Bryant, a disabled male over the age of forty (40), was employed by the Defendant as a mechanic.

6.  Plaintiff, at all relevant times, met or exceeded the legitimate employment expectations of the Defendant.

7.  On or about March 5, 2018, the Charging Party's fiancé filed a charge of discrimination alleging discrimination based on age and disability.

8.  After Plaintiff's fiancé filed her charge of discrimination, Defendant subjected Plaintiff to more onerous working conditions, increased scrutiny, and harassment.

9.  On or about July 20, 2018, Plaintiff provided Defendant with a note from his doctor stating that Plaintiff suffers from post-traumatic stress syndrome ("PTSD") and anxiety, and requesting that Defendant accommodate Plaintiff's disability by excusing him from driving school buses with children on board.

10.  On or about September 11, 2018, Mr. Bryant's supervisor inspected a bus that Plaintiff had worked on, stating that he wanted to check for excessive tire wear.

11.  It was first determined that the bus met state standards, but the following day Plaintiff was terminated by the Defendant for failing to maintain Defendant's buses.

12.  On or about October 1, 2018, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("Charge Number 470-2019-00020") alleging violations of the Americans with Disabilities Act and the Age Discrimination in Employment Act.

13.  On or about December 14, 2018, the Equal Employment Opportunity Commission issued Plaintiff a right to sue on Charge Number 470-2019-00020.

COUNT I
AGE DISCRIMINATION

14.   Plaintiff incorporates by reference paragraphs one (1) through thirteen (13) above.

15.   Plaintiff belongs to a protected class by way of his age, forty-eight (48).

16.   Defendant created a hostile work environment for the Plaintiff because of his age.

17.   Defendant's decision to terminate Plaintiff was motivated by his age.

18.   Similarly situated employees outside the protected class were treated more favorably than Plaintiff.

19.   Defendant, Perry Township Schools, willfully violated the Age Discrimination in Employment Act when it created a hostile work environment and then terminated Plaintiff's employment.

20.   As a result of the foregoing, Plaintiff sustained damages including, but not limited to, lost wages, back pay, front pay, benefits, liquidated damages, costs and attorney fees.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of unpaid wages, liquidated damages, back pay, punitive damages, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

Count II
Disability Discrimination

21.   Plaintiff incorporates by reference paragraphs one (1) through twenty (20) above.

22.   Plaintiff suffers from a disability(ies) as defined by the Americans with Disabilities Act, namely PTSD and anxiety.

23. Defendant created a hostile work environment for the Plaintiff based on his disability(ies) and/or perceived disability(ies).

24. Defendant's decision to terminate Plaintiff's employment was motivated by his request for reasonable accommodation, his disability and/or his perceived disability.

25. Similarly situated employees outside Plaintiff's protected class were treated more favorably.

26. As a result of the foregoing, Plaintiff sustained damages including, but not limited to, lost wages, back pay, front pay, benefits, compensatory damages, costs and attorney fees.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of unpaid wages, back pay, compensatory damages, punitive damages, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

Count III
Retaliation

27. Plaintiff incorporates by reference paragraphs one (1) through twenty-six (26) above.

28. Plaintiff voiced his support for his fiancé who filed a charge of discrimination against the Defendant.

29. Defendant responded to Plaintiff's support of his fiancé by creating a hostile work environment that included more onerous working conditions, increased scrutiny of Plaintiff's work, and harassment.

30. Further, Defendant's decision to terminate Plaintiff was done in retaliation for exercising his support of his fiancé's involvement in the EEOC process and her filing of a lawsuit against the Defendant.

31.   Defendant, Perry Township Schools, willfully violated the Americans with Disabilities Act and the Age Discrimination in Employment ACT, when it terminated Plaintiff's employment.

32.   As a result of the foregoing, Plaintiff sustained damages including, but not limited to, lost wages, back pay, front pay, benefits, compensatory damages, costs and attorney fees.

WHEREFORE, Plaintiff prays for judgment against Defendant, for an award of unpaid wages, compensatory damages, back pay, punitive damages, prejudgment interest, reasonable attorney fees, costs and all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

### REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS & PAGE

/s/ Paul J. Cummings
David M. Henn, #18002-49
Paul J. Cummings, #22713-41

HENN HAWORTH CUMMINGS & PAGE
1634 W Smith Valley Road
Suite B
Greenwood, Indiana 46142
(317) 885-0041 - phone
(888) 308-6503 - fax